# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-54199
Case Name: KENNETH & TERESA SCHULZ
Trustee Name: RICHARD A. WILSON

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: RICHARD A. WILSON* | $ 711.56 | $ 102.49 |
| *Attorney for trustee:* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:



UST Form 101-7-TFR (9/1/2009) *(Page: 11)*

08-54199-mss    Doc 46    FILED 08/27/10    ENTERED 08/27/10 13:52:05    Page 11 of 14

08-54199-mss    Doc 51    FILED 09/29/10    ENTERED 09/29/10 14:35:39    Page 1 of 4

|               | Reason/Applicant | Fees | Expenses |
|---------------|------------------|------|----------|
| *Attorney for debtor:* |          | $    | $        |
| *Attorney for:*        |          | $    | $        |
| *Accountant for:*      |          | $    | $        |
| *Appraiser for:*       |          | $    | $        |
| *Other:*               |          | $    | $        |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 744.10 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|--------------|----------|-----------------------|------------------|
| 18           | Central Collection Agency | $ 744.10 | $ 744.10 |
|              |          | $                     | $                |
|              |          | $                     | $                |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 172,658.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|--------------|----------|-----------------------|------------------|
| 1 | GMAC | $ 4,175.28 | $ 31.15 |
| 2 | DISCOVER BANK | $ 7,258.65 | $ 54.15 |
| 3 | Medina General Hospital | $ 486.92 | $ (3.63) +  |
| 4 | Chase Bank USA NA | $ 5,025.59 | $ 37.49 |

*see next page*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 5 | Leaf Funding, Inc. | $ 10,729.22 | $ 80.04 |
| 6 | ECAST SETTLEMENT CORPORATION | $ 16,450.77 | $ 122.73 |
| 7 | Chase Bank USA NA | $ 11,372.78 | $ 84.84 |
| 8 | PYOD LLC its successors and assigns | $ 1,977.76 | $ 14.75 |
| 9 | PYOD LLC its successors and assigns | $ 11,416.56 | $ 85.17 |
| 10 | PYOD LLC its successors and assigns | $ 10,709.58 | $ 79.90 |
| 11 | Chase Bank USA,N.A. | $ 419.18 | $ (3.13) + |
| 12 | COLUMBIA GAS OF OHIO | $ 3,877.37 | $ 28.93 |
| 13 | Akron General Medical Center | $ 422.00 | $ (3.15) + |
| 14 | Verizon North Inc. | $ 87.60 | $ (0.65) |
| 15 | Recovery Management Systems Corporation | $ 2,335.67 | $ 17.42 |
| 16 | Us Dept Of Education | $ 5,570.59 | $ 41.56 |
| 17 | Us Dept Of Education | $ 13,083.12 | $ 97.60 |
| 19 | Sallie Mae | $ 67,259.98 | $ 501.80 |

*see previous page*

Tardily filed claims of general (unsecured) creditors totaling $ 1,371.17 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

(10.56)
ck # 2019
receipt # 81807

UST Form 101-7-TFR (9/1/2009) (Page: 13)
08-54199-mss    Doc 46    FILED 08/27/10    ENTERED 08/27/10 13:52:05    Page 13 of 14
08-54199-mss    Doc 51    FILED 09/29/10    ENTERED 09/29/10 14:35:39    Page 3 of 4

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 20 | Wells Fargo Bank NA | $ 1,371.17 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 93.66 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 18 | Central Collection Agency | $ 93.66 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .